UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DENNIS THRASHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:12-cv-0407 |
| v. | ) | |
| | ) | Judge Sharp |
| CITY OF GALLATIN, TENNESSEE, | ) | Magistrate Judge Bryant |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum, the Court hereby GRANTS IN PART Defendants' Motion for Partial Dismissal (Docket No. 15). Plaintiff's claim of outrageous conduct against Defendant Bandy is hereby DISMISSED. The remainder of the motion is DENIED AS MOOT.

It is so Ordered.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

1