IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DENNIS THRASHER** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | No. 3: 12CV0407 |
| ) | |
| **CITY OF GALLATIN, TENNESSEE** *and* ) | Judge Sharp |
| **DON BANDY,** *Individually and in his Official* ) | |
| *Capacity as Police Chief of the Gallatin Police* ) | Magistrate Judge Bryant |
| *Department, and* ) | |
| **JOHN TISDALE,** *Individually and in his Official* ) | JURY DEMANDED |
| *Capacity as the Former Police Chief of the Gallatin* ) | |
| *Police Department,* ) | |
| ) | |
| *Defendants.* ) | |

### DEFENDANT JOHN TISDALE'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT TISDALE'S MOTION FOR A PROTECTIVE ORDER

Pursuant to LR 7.01(b), Defendant John Tisdale respectfully requests leave of this Court to file a Reply Memorandum to Plaintiff's Response in Opposition to Defendant Tisdale's Motion For a Protective Order. (Doc. No. 57). In support of this Motion, Mr. Tisdale avers a Reply Memorandum is necessary to address a number of inaccurate and/or confusing allegations asserted in the Plaintiff's response and to clarify his argument for a Protective Order.

In support of this motion, Mr. Tisdale has attached the proposed Reply Memorandum and associated attachments as Exhibit A. If the Court grants this Motion, Mr. Tisdale requests that the Clerk file Exhibit A as the Reply.