UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DENNIS THRASHER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-0407 |
| | ) | Magistrate Judge Bryant |
| CITY OF GALLATIN, TENNESSEE, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter has been referred to the undersigned Magistrate Judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. A telephone conference is set on **Thursday, September 19, 2013, at 9:30 a.m.** to discuss suitable dates for the case to be tried. The parties shall call the Magistrate Judge's conference line of (615) 695-2857 in order to participate in this telephone conference.

It is so **ORDERED**.

JOHN S. BRYANT
U.S. Magistrate Judge