UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DENNIS THRASHER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | NO. 3:12-0407 |
| | ) | Magistrate Judge Bryant |
| CITY OF GALLATIN, TENNESSEE, | ) | **Jury Demand** |
| *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

## MEMORANDUM AND ORDER

Defendant John Tisdale has filed his motion for protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure seeking an order requiring that his discovery deposition be taken in Brandon, Mississippi, where he now resides (Docket Entry No. 52). Plaintiff has filed a response in opposition (Docket Entry Nos. 57 and 58), and Defendant Tisdale has filed a reply.

After due consideration of the arguments and authorities advanced by the parties, the undersigned Magistrate Judge finds that this case does not present any special circumstances that would justify a departure from the general rule that individual defendants may insist upon being deposed where they reside. *Lomax v. Sears, Roebuck & Co.*, 238 F.3d 422 (6th Cir. 2000) (unpublished).

For the foregoing reasons, the undersigned Magistrate Judge finds that Defendant Tisdale's motion for protective order should be **GRANTED**, and that his discovery deposition shall be taken in or near Brandon, Mississippi, where he resides.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge